**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6745**

_____

HENRY LEWELL BUMPERS,

                    Plaintiff – Appellant,

          v.

DANIEL CALHOUN, JR., M.D.; J. SEGURA, R.N.,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief District Judge.  (2:14-cv-00497-RBS-TEM)

_____

Submitted: August 27, 2015          Decided:  September 1, 2015

_____

Before GREGORY, AGEE, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Henry Lewell Bumpers, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Lewell Bumpers appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) action for failure to follow the court's earlier orders informing him that he needed to pay the initial partial filing fee or his complaint would be dismissed. We have reviewed the record and find no abuse of discretion by the district court. Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978) (providing review standard); see Ballard v. Carlson, 882 F.2d 93, 95-96 (4th Cir. 1989) (noting that dismissal is the appropriate sanction where litigant disregarded court order despite warning that failure to comply with order would result in dismissal). Accordingly, we affirm for the reasons stated by the district court. Bumpers v. Calhoun, No. 2:14-cv-00497-RBS-TEM (E.D. Va. Apr. 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED